LOUIS H. RIEDELL, Respondent, *v.* S. KARPEN & BROS., Appellant; LABORATORY FURNITURE Co., INC., Respondent; et al., Impleaded Defendants.

Argued December 2, 1943; decided January 13, 1944.

*William C. Morris* and *Edward M. Fuller* for appellant.

*Charles Margett* and *Benjamin H. Siff* for plaintiff-respondent.

*Joseph Kane* and *George J. Stacy* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.